# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 13-41339
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 4, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RODRIO PEDOMO, also known as Rodrigo Perdomo-Murcia,

Defendant-Appellant

—————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:13-CR-76-1

—————————

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Rodrio Pedomo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pedomo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-41339

appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.